Order issued September *14* , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00896-CV

### MARY E. BIVINS FOUNDATION, ET AL., Appellants

### V.

### HIGHLAND CAPITAL MANAGEMENT, L.P., ET AL., Appellees

## ORDER

On September 7, 2012, a supplemental clerk's record was filed containing the documents requested in this Court's order dated July 25, 2012. Accordingly, appellants' brief is due **THIRTY DAYS** from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE